SCOTT N. JOHNSON, ESQ.  SBN 166952
5150 Fair Oaks Blvd., Suite 101
PMB #253
Carmichael, CA  95608-5758
Telephone:  916-485-3516
Facsimile:  916-481-4224

Attorney for Plaintiff, Scott N. Johnson

CRIS C. VAUGHAN, SBN 99568
VAUGHAN & ASSOCIATES
6207 South Walnut Street, Suite 800
Loomis, CA 95650
Telephone: 916-660-9401
Facsimile: 916-660-9378

Attorneys for Defendants,
Michael W. McCartney, Individually and as Trustee of the McCartney Family Living Trust

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL W. McCARTNEY, INDIVIDUALLY AND AS TRUSTEE OF THE McCARTNEY FAMILY LIVING TRUST<br><br>Defendants. | **CASE NO.  2:09-cv-03056-FCD-EFB**<br><br>**STIPULATION AND ORDER TO SET ASIDE DEFAULT**<br>**[Rule 55(c) FRCP]** |

Pursuant to Rule 55(c) of the Federal Rules of Civil Procedure, Plaintiff, Scott N. Johnson and Defendants, Michael W. McCartney, Individually and as Trustee of the

1  McCartney Family Living Trust by and through their respective attorneys, Scott N.
2  Johnson and Cris C. Vaughan, hereby stipulate to, and request the Court to, set aside the
3  default that was entered by the Clerk in this matter on February 8, 2010, for good cause
4  and in the interests of justice and allow Defendants, Michael W. McCartney,
5  Individually and as Trustee of the McCartney Family Living Trust to file an Answer to
6  the Complaint within ten (10) days after entry of the Order setting aside the default.
7      IT IS SO STIPULATED.

Dated: February 19, 2010

          /S/ SCOTT N. JOHNSON
          Scott N. Johnson, Attorney for
          Plaintiff

Dated: February 17, 2010

          /S/ CRIS C. VAUGHAN
          Cris C. Vaughan, Attorney for
          Defendants, Michael W. McCartney,
          Individually and as Trustee of the
          McCartney Family Living Trust

///

///

///

# **ORDER**

IT IS SO ORDERED that the Default entered in this matter on February 8, 2010 is hereby set aside and Defendants, Michael W. McCartney, Individually and as Trustee of the McCartney Family Living Trust shall file an Answer to the Complaint no later than ten (10) days after this Order is filed.

Dated: February 19, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE